# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:94CR111-12-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DWIGHT LAMONT HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce or Modify Sentence. After reviewing Defendant's motion, it seems to the Court that a response from the Government would be instructive on this issue.

**IT IS THEREFORE ORDERED** that Government respond to Defendant's motion within twenty (20) days from the issuance of this order.

Signed: April 13, 2006

Graham C. Mullen
United States District Judge