AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DWIGHT LAMONT HUNTER | ) | Case No: 3:94CR00111-012 |
| | ) | USM No: 11282-058 |
| Date of Previous Judgment: 3/4/1996 | ) | David Burgess |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.** ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 43       Amended Offense Level: 43
Criminal History Category: III   Criminal History Category: III
Previous Guideline Range: Life to Life months    Amended Guideline Range: Life to Life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   Amendment 706 provides no reduction for cocaine base amounts of 4.5 kilograms or more and this case involves over 100 kilograms of cocaine base.

**III. ADDITIONAL COMMENTS**
Pursuant to a Rule 35 reduction, the defendant's sentence was reduced to 240 months on 2/4/2005.

Except as provided above, all provisions of the judgment dated 3/4/1996 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 8, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge